UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CHANEY,

    Plaintiff,

    v.

PARS GROUP, LLC., et al.,

    Defendants.

Case No. C22-833RSL

ORDER TO SHOW CAUSE

    On July 21, 2022, this Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement in the above-captioned matter, Dkt. #5. The Order was mailed to plaintiff, but was returned unopened on August 1, 2022, as plaintiff apparently no longer resides at the address on file with the Court, Dkt. #6.

    The Clerk of Court is directed to strike the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement and to note a "Rule 41 dismissal proceeding" on the calendar for October 7, 2022. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

    DATED this 4th day of August, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1