UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CHANEY,

   Plaintiff,

   v.

PARS GROUP, LLC., et al.,

   Defendants.

Case No. C22-833RSL

ORDER OF DISMISSAL

On July 21, 2022, this Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement in the above-captioned matter, Dkt. #5. The Order was mailed to plaintiff, but was returned unopened on August 1, 2022, as plaintiff apparently no longer resides at the address on file with the Court, Dkt. #6. On August 4, 2022, this Court issued an Order to Show Cause, Dkt. #7. That Order was returned unopened on August 12, 2022, Dkt. #10.

Local Civil Rule 41(b)(2) requires parties to notify the court of any change of current mailing address or email address. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute."

ORDER OF DISMISSAL - 1

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is DISMISSED without prejudice.

DATED this 11th day of October, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2